ACCEPTED
12-11-00245-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/23/2015 2:59:46 PM
CATHY LUSK
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/23/2015 2:59:46 PM
CATHY S. LUSK
Clerk



# Allen W. Ross

**Attorney & Counselor at Law**

PO Box 528 ~ Jacksonville, TX 75766
903.683.2454 (voice)
903.683.2472 (fax)
allen@arossatty.com

**VIA CERTIFIED MAIL, RETURN RECEIPT NO. 7014 0510 0001 9571 7176**

**Mr. Justin Christian**
**C/O TDCJ 01951215**
**Bradshaw State Jail**
**Po Box 9000**
**Henderson, Texas 75693**

> Re: **Cause No. 12-11-00245-CR**
> **Trial court Case No. 19062**
> **The State of Texas v. Justin Christian**

Dear Mr. Christian:

Enclosed is a copy of the Judgment and Opinion issued by the Twelfth Court of Appeals in Tyler, Texas in this cause. Please be informed that the Court of Appeals has affirmed the decision of the trial court below.

Pursuant to Rule 48.4 of the Texas Rules of Appellate Procedure you have the right to file a pro se Petition for Discretionary Review in the Texas Court of Criminal Appeals. This petition must be filed within 30 days after the issuance of the Court of Appeals' opinion (or within 30 days after the Court of Appeals denies a motion for rehearing, if one is filed).

**THEREFORE, IF YOU WISH TO CONTINUE THE APPEAL, YOU WILL NEED TO FILE A PETITION FOR DISCRETIONARY REVIEW.** You will need to file the petition and all copies of the petition with the Court of Appeals. The address for the Court of Appeals is as follows:

12th Court of Appeals
1517 W. Front Street #354
Tyler, Texas 75702

Their telephone number is (903) 593-8471. Their telefax number is (903) 593-2193.

The address for the Court of Criminal Appeals is as follows:

Texas Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Their telephone number is (512) 463-1551.

You may also request the Court of Criminal Appeals to extend the time to file a petition, but only if you request it within fifteen (15) days after the date the court issues an opinion on the request for rehearing.

A Petition for Discretionary Review must be as brief as possible. It must be addressed to the "Court of Criminal Appeals of Texas" and must state your name as the party applying for review. It must also contain the following:

1. A **"Table of Contents"** with references to the pages of the petition and must indicate the subject matter of each ground or question presented for review.

2. An **"Index of Authorities"** arranged alphabetically and indicating the pages of the petition where the authorities are cited.

3. A **"Statement Regarding Oral Argument"** explaining why oral arguments would be helpful or that such arguments are waived.

4. A **"Statement of the Case"** briefly describing the nature of the case.

5. A **"Statement of the Procedural History"** providing:

    a. the date any opinion of the Court of Appeals was issued;
    b. The date of the filing of the motion for rehearing; and,
    c. The date the motion for rehearing was denied.

6. The **"Grounds for Review"** for which you are requesting review, separately numbered.

7. The **"Reasons for Review"** providing a concise and direct argument, with supporting authorities, as to why the court should review your case.

8. A **"Prayer for Relief"** clearly stating what relief you are seeking; and,

9. An **"Appendix"** containing a copy of the opinion of the Court of Appeals.

The petition must be no longer than fifteen (15) pages, exclusive of the Table of Contents, Index of Authorities, Statement Regarding Oral Arguments, Statement of the Case, Statements of Procedural History and the Appendix.

The State has the right to petition for review if the Court of Appeals grants the relief you request. IF THIS OCCURS, YOU MAY BE ELIGIBLE FO RELEASE ON BAIL WHILE THE STATE SEEKS DISCRETIONARY REVIEW. The amount of bail is determined by the Court of Criminal Appeals upon your filing a motion requesting same.

---------------------------------------------------------------------

You should also be aware that if you are not incarcerated for this offense and you received a term of years of confinement as a part of your sentence, a warrant will likely be issued soon for your arrest. You probably want to maintain contact with the Cherokee County Sheriff's Department for the warrant status so that you can turn yourself in and avoid an inconvenient arrest. If you received probation, you should contact the Community Supervision Department at 903.683.6540 as soon as possible.

**I AM NOT AUTHORIZED TO REPRESENT YOU IF YOU CHOOSE TO FILE A PETITION FOR DISCRETIONARY REVIEW.** Our records indicate that we have already forwarded to you the: (1) the Clerk's Record; (2) six (6) volumes of the Reporter's Record; (3) the Appellant's Brief; and (4) the Appellee's brief.

I regret that we were unsuccessful in your appeal, and I wish you the best of luck in the future.

Very Truly Yours,

ALLEN W. ROSS

| | | |
|---|---|---|
| *JUSTIN CHRISTIAN,*<br>*APPELLANT* | § | *APPEAL FROM THE 2ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *CHEROKEE COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Justin Christian appeals his conviction for the offense of assault (family violence, by occlusion) following the revocation of his community supervision, for which he was sentenced to ten years of imprisonment. Appellant's counsel has filed a brief in compliance with ***Anders v. California***, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967) and ***Gainous v. State***, 436 S.W.2d 137 (Tex. Crim. App. 1969). We affirm.

### BACKGROUND

On February 14, 2014, Appellant was charged by information for the offense of assault. The information alleged that Appellant intentionally, knowingly, or recklessly caused bodily injury to Jessica Tracey, a person with whom he had a dating relationship, by intentionally, knowingly, or recklessly impeding her normal breathing or circulation of blood by applying pressure to her throat or neck. Pursuant to a plea agreement, the trial court sentenced Appellant to ten years of imprisonment, but suspended his sentence and placed him on community supervision for seven years.

On May 29, 2014, the State filed a motion to revoke Appellant's community supervision that alleged he committed thirty-one violations of his conditions of community supervision.

Appellant pleaded "not true" to the State's motion and a hearing was held. The trial court found sixteen of the thirty-one allegations "true," and sentenced Appellant to ten years of imprisonment. This appeal followed.

## ANALYSIS PURSUANT TO *ANDERS V. CALIFORNIA*

Appellant's counsel has filed a brief in compliance with *Anders* and *Gainous*, and states that he has diligently reviewed the appellate record. In compliance with *Anders*, *Gainous*, and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978), counsel's brief presents a thorough chronological summary of the procedural history of the case and further states that counsel is unable to present any arguable issues for appeal.[1] *See Anders*, 386 U.S. at 745, 87 S. Ct. at 1400; *Gainous*, 436 S.W.2d at 138; *see also Penson v. Ohio*, 488 U.S. 75, 80, 109 S. Ct. 346, 350, 102 L. Ed. 2d 300 (1988).

We have considered counsel's brief, and have also conducted our own independent review of the appellate record. We found no reversible error. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).

## CONCLUSION

As required, Appellant's counsel has moved for leave to withdraw. *See In re Schulman*, 252 S.W.3d 403, 407 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We agree with Appellant's counsel that the appeal is wholly frivolous. Accordingly, we grant his motion for leave to withdraw, and affirm the judgment of the trial court. *See* TEX. R. APP. P. 43.2(a).

Counsel has a duty to, within five days of the date of this opinion, send a copy of the opinion and judgment to Appellant and advise him of his right to file a petition for discretionary review. *See* TEX. R. APP. P. 48.4; *In re Schulman*, 252 S.W.3d at 411 n.35. Should Appellant wish to seek further review of this case by the Texas Court of Criminal Appeals, he must either retain an attorney to file a petition for discretionary review or he must file a pro se petition for discretionary review. *See id.* at 408 n.22. Any petition for discretionary review must be filed within thirty days after the date of this opinion or after the date this court overrules the last

---

[1] Counsel states in his motion to withdraw that he provided Appellant with a copy of his brief. Appellant was give time to file his own brief in this cause. The time for filing such brief has expired, and we have received no pro se brief.

2

timely motion for rehearing. *See* TEX. R. APP. P. 68.2(a). Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See* TEX. R. APP. P. 68.3(a). Any petition for discretionary review should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 68.4; *In re Schulman*, 252 S.W.3d at 408 n.22.

Opinion delivered July 22, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JULY 22, 2015

NO. 12-14-00245-CR

**JUSTIN CHRISTIAN,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 2nd District Court

of Cherokee County, Texas (Tr.Ct.No. 19062)

THIS CAUSE came to be heard on the appellate record and brief filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*

FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

July 22, 2015

Mr. Allen W. Ross
142 West Fifth Street
Rusk, TX 75785
\* DELIVERED VIA E-MAIL \*

Ms. Deborah Dictson
P.O. Box 450
Rusk, TX 75785
\* DELIVERED VIA E-MAIL \*

RE:  Case Number:        12-14-00245-CR
     Trial Court Case Number:  19062

Style:  Justin Christian
        v.
        The State of Texas

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause.  Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

CC:  Ms. Janet Gates (DELIVERED VIA E-MAIL)
     Hon. Mary L. Murphy (DELIVERED VIA E-MAIL)
     Judge Bascom W. Bentley III (DELIVERED VIA E-MAIL)



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

RUSK TX
JUL 23 2015

Sent To Justin Christian (TDCJ 01951215)
Street, Apt. No.; or PO Box No. PO Box 9000
City, State, ZIP+4 Henderson, Tx 75693

PS Form 3800, August 2006          See Reverse for Instructions